Opinion by RICHARDSON, J.    In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64701.—Boston Drug & Beverage Corp. et al. *v.* United States, protests 85898–K, etc. (Boston).

Opinion by RICHARDSON, J.    In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64702.—Distilled Liquors Import Co., Inc. *v.* United States, protests 110229–K, etc. (Detroit).

Opinion by RICHARDSON, J.    In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 64703.—National Distillers Products Corp. *v.* United States, protests 116109–K, etc. (Cleveland).

Opinion by RICHARDSON, J.    In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 64704.—Schenley Distilleries, Inc., et al. *v.* United States, protests 128126–K, etc. (Los Angeles).

Opinion by RICHARDSON, J.    In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in

*United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 64705.**—Joseph S. Finch & Co. et al. *v.* United States, protests 132812–K, etc. (Pittsburgh).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 64706.**—Cavalier Shipping Company, Inc. *v.* United States, protests 59/9078 and 59/21346 (Norfolk).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the collector converted the currency of the invoices into United States dollars at the official rate of exchange, as certified by the Federal Reserve bank, rather than the free rate of exchange certified for the dates of exportation, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 13, 1960

**No. 64707.**—Witkowski NY Agency Inc., and J. J. Gavin & Co., Inc. *v.* United States, protests 59/11438 and 266767–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of flashgun socket adapters the same in all material respects as those the subject of *Witkowski New York Agency, Inc., et al.* v. *United States* (42 Cust. Ct. 84, C.D. 2069), the claim of the plaintiffs was sustained.

**No. 64708.**—S. P. Skinner Co., Inc. *v.* United States, protest 60/1601 (New York).